Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by MELBOURN HALEY, Employee, Respondent, v. THE BOSTON AND ALBANY RAILROAD, Employer and Self-Insurer, Appellant.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of JOHN V. WHITE, Deceased, EVA WHITE, Widow and Others, for Compensation under the Workmen's Compensation Law, v. MORRIS BERKMAN, Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of KATIE RINKE, Respondent, for Compensation under the Workmen's Compensation Law, v. EDWARD LANGER PRINTING COMPANY, Employer, and ALLIED MUTUALS LIABILITY INSURANCE COMPANY, Insurer, Appellants.— Award unanimously affirmed.